___



SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
___

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

| | |
|---|---|
| **IN RE:** | : **CASE NO: 15-11047-JDW** |
| | : **CHAPTER: 13** |
| **TERRIE JONES,** | : |
| Debtor | : |
| ----------------------------- | : ------------------------------ |
| **TERRIE JONES,** | : |
| Movant, | : |
| vs. | : **CONTESTED MATTER** |
| **Preston Ridge Partners II Trust,** | : |
| Respondent. | : |

## AGREED ORDER ON OBJECTION TO CLAIM

This matter comes before the Court on the Objection to Claim filed by the Debtor on October 5, 2015 (Dkt. No. 23). Objection is as to the Proof of Claim filed on July 30, 2015 (Claim No. 7). The Objection having been scheduled for hearing on **March 1, 2016**, and the parties herein having reached an agreement as follows:

Based upon the Objection and by statement of counsel, and by signature of same herein, it appears to the Court that the Objection to Claim should be denied without prejudice. The Court has considered the request herein and the entire record in this cause.

**IT IS HEREBY ORDERED** as follows:

1. Movant's Objection to Claim is granted.

2. The arrearage portion Select Portfolio Servicing, Inc.'s claim subsequently transferred to Preston Ridge Partners II Trust shall be reduced by $1,482.82 for a total claim amount of $6,724.94.

3. The Chapter 13 Trustee may make necessary adjustments to Debtor's Plan to effectuate this Order.

##END OF ORDER##

Prepared and Submitted by:

/s/ Natalie Brown
Natalie Brown
MS State Bar No. 100802
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655
(877) 813-0992
nbrown@rubinlublin.com
Attorney for Creditor


/s/ R.Gawyn Mitchell, Esq.
R.Gawyn Mitchell, Esq.
Attorney for Debtor
MS State Bar No. 3383
P.O. Box 7177
Tupelo,, MS 38802
662-407-0408
mcnotices@gmail.com

/s/ Jeffrey K. Tyree
Jeffrey K. Tyree
MS State Bar No. 9049
Attorney for Standing Chapter 13 Trustee,
Terre M. Vardaman
P.O. Box 1326
Brandon, MS 39043
601-825-7663

DISTRIBUTION LIST

Terrie Jones
847 Fernwood Dr.
Baldwyn, MS 38824


R.Gawyn Mitchell, ESQ.
P.O. Box 7177
Tupelo,, MS 38802

Terre M. Vardaman, Trustee
P.O. Box 1326
Brandon, MS 39043

United States Trustee
501 E. Court Street
Suite 6-430
Jackson, MS 39201



Natalie Brown, Esq.
Rubin Lublin, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655